HAROUNI LAW GROUP
KAIVAN HAROUNI [SBN 256582]
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Telephone: 310-693-8333
Facsimile: 310-494-9499
Email: KH@harounilaw.com

Attorney for Plaintiff THE NANAK FOUNDATION TRUST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE NANAK FOUNDATION TRUST;<br><br>    Plaintiff,<br>vs.<br><br>GMAC MORTGAGE, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No: C-12-5647-EMC<br><br>[PROPOSED] ORDER ~~GRANTING~~ DENYING REQUEST TO APPEAR BY PHONE AT ORDER TO SHOW CAUSE HEARING<br><br>HEARING DATE:<br>Date:    January 16, 2013<br>Time    3:30 PM<br>Crtrm:  5 - 17th Floor<br><br>**Judge:**  *Hon. Edward M. Chen* |

Pursuant to the written request by counsel for Plaintiff The Nanak Foundation Trust, to telephonically ~~appear~~ denies at the Order to Show Cause hearing set for January 16, 2013, at 3:30pm, this Court hereby ~~grants~~ such request. Plaintiff counsel must appear in person.

DATED: _____1/14/13_____



_____
Judge Edward M. Chen

– 1 –
**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY PHONE**