1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  HAROLD R. JONES (State Bar No. 209266)
   hrj@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  GMAC Mortgage, LLC and Federal National
   Mortgage Association
8

9                  UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

11

12 | THE NANAK FOUNDATION TRUST,            | Case No. 3:12-cv-05647-EMC
13 |         Plaintiff,                     | **[proposed] ORDER OF DISMISSAL**
14 |     vs.                                |
15 | GMAC MORTGAGE, LLC; FEDERAL             |
   | NATIONAL MORTGAGE ASSOCIATION,          |
16 |                                         |
   |         Defendant.                      |
17

18

19       Pursuant to the parties' stipulation the above-referenced matter is dismissed with prejudice.

20  Each party to bear its own attorneys' fees and costs.   The Court's pending order to show
                                                            cause, Docket No. 19, is hereby
21       It is so ordered.                                  withdrawn.  The Clerk of the
                                                            Court is directed to close this case.
22
             February 15, 2013
23  DATED:  January ___, 2013

24

25                                              _____
26                                              M. Chen
                                                District Court
27

28

    IT IS SO ORDERED AS MODIFIED
    Judge Edward M. Chen

    19000.1398/2529724.1                                                    3:12-cv-05647-EMC
                                                                [proposed] ORDER OF DISMISSAL