1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  HAROLD R. JONES (State Bar No. 209266)
   hrj@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  GMAC Mortgage, LLC and Federal National
   Mortgage Association
8

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

11

12  THE NANAK FOUNDATION TRUST,          Case No. 3:12-cv-05647-EMC

13            Plaintiff,                 **[proposed] ORDER OF DISMISSAL**

14       vs.

15  GMAC MORTGAGE, LLC; FEDERAL
    NATIONAL MORTGAGE ASSOCIATION,
16
              Defendant.
17

18

19       Pursuant to the parties' stipulation the above-referenced matter is dismissed with prejudice.

20  Each party to bear its own attorneys' fees and costs.    The Court's pending order to show
                                                             cause, Docket No. 19, is hereby
21       It is so ordered.                                   withdrawn.  The Clerk of the
                                                             Court is directed to close this case.
22
            February 15, 2013
23  DATED:  January ___, 2013

24

25
                                                          _____
26                                                        __ M. Chen
                                                          District Court
27

28

19000.1398/2529724.1                                      3:12-cv-05647-EMC
                                                          [proposed] ORDER OF DISMISSAL

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen